**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CODIE MATHISON,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA COAST CREDIT UNION, INC.; EQUIFAX INFORMATION SERVICES, LLC.,**<br><br>Defendants. | **Case No.:** 3:17-CV-01392-H-BGS<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC. ONLY** |

**TO THE COURT:**

Plaintiff, CODIE MATHISON, hereby submits this Notice of Settlement to notify the Court that the above captioned action has been settled with respect to EQUIFAX INFORMATION SERVICES, LLC. ("EQUIFAX") and only EQUIFAX. Plaintiff anticipates filing a request for dismissal pursuant to Fed. R. Civ. P. Rule 41 within thirty (30) days of this Notice.

Dated: October 16, 2017            Respectfully submitted,

**SINNETT LAW, APC.**

BY: /S/ WAYNE A. SINNETT
WAYNE A. SINNETT, ESQ.
ATTORNEY FOR PLAINTIFF