**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CODIE MATHISON,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA COAST CREDIT UNION, INC.; EQUIFAX INFORMATION SERVICES, LLC.,**<br><br>Defendants. | **Case No.:** 3:17-CV-01392-H-BGS<br><br>**JOINT MOTION REQUESTING DISMISSAL OF ENTIRE CASE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, CODIE MATHISON, ("Plaintiff") and Defendant, CALIFORNIA COAST CREDIT UNION, INC., ("Cal Coast" or collectively as the "Parties") hereby stipulate to the dismissal of this action with prejudice. Each party agrees to bear their own attorney's fees and costs. This motion disposes of this entire case.

Dated: February 2, 2018                    Respectfully submitted,

**SINNETT LAW, APC.**

BY: /S/ WAYNE A. SINNETT
WAYNE A. SINNETT, ESQ.
ATTORNEY FOR PLAINTIFF

Dated: February 2, 2018                    Respectfully submitted,

**GORDON & REES LLP**

BY: /S/ BENJAMIN TALIAFERRO MORTON
BENJAMIN TALIAFERRO MORTON, ESQ.
ATTORNEY FOR CAL COAST

## SIGNATURE CERTIFICATION

I, Wayne A. Sinnett, am the ECF user whose identification and password are being used to file this stipulation. I hereby certify that the contents of this document are acceptable to the above named signatories, and that I have obtained said signatories authorization to affix their electronic signature to this document and they concur in this filing.

Dated: February 2, 2018              Respectfully submitted,

**SINNETT LAW, APC.**

BY: /S/ WAYNE A. SINNETT
WAYNE A. SINNETT, ESQ.
ATTORNEY FOR PLAINTIFF

CERTIFICATION