**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODIE MATHISON, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA COAST CREDIT UNION, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-01392-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Doc. No. 28] |

On December 12, 2017, Plaintiff Codie Mathison ("Plaintiff") and Defendant Equifax Information Services, LLC. ("Equifax"), filed a joint motion to dismiss this action with prejudice with respect to Equifax only, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorney's fees and costs. (Doc. No. 24.) The Court, for good cause shown, granted the motion and dismissed the action against Equifax with prejudice, with each party to bear its own attorney's fees and costs. (Doc. No. 25.)

On February 6, 2018, Plaintiff and Defendant California Coast Credit Union, Inc., filed a joint motion to dismiss the entire action with prejudice, with each party to bear its

own attorney's fees and costs. (Doc. No. 28.) For good cause shown, the Court **GRANTS** the joint motion. As no defendants remain in this case, the Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: February 7, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT